IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| MIDWESTERN GAS TRANSMISSION COMPANY | ) ) ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Case No. 3:06-cv-00267 |
| 2.52 ACRES IN TROUSDALE COUNTY, TENNESSEE, BILLY WOODARD and JO ANN WOODARD | ) ) ) ) ) | |
| Respondents. | ) ) | |

**AGREED ORDER GRANTING MIDWESTERN GAS TRANSMISSION COMPANY RIGHT-OF-WAY AND EASEMENT**

It appears to the Court, as evidenced by the signature of counsel below, that the parties are in agreement that Midwestern Gas Transmission Company should be granted a right-of-way and easement through and across the property that is the subject matter of this lawsuit and as set forth in the Complaint and the amended exhibits thereto. All other matters have been settled between the parties and the parties are in agreement that the funds on deposit with the Court for this action should be refunded to Plaintiff, Midwestern Gas Transmission Company, c/o Lela Hollabaugh at the address below.

IT IS SO ORDERED.

Entered this the 21st day of November, 2008.

_____
District Judge Aleta Trauger

2514430.1

Submitted for Entry:


s/Lela M. Hollabaugh
Lela M. Hollabaugh (#14894)
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN  37219
(615) 244-6380
(615) 244-6804 fax
lhollabaugh@wallerlaw.com

*Attorneys for Midwestern Gas Transmission Company*



s/Arthur McClellan
Arthur McClellan
116 Public Square
Gallatin, TN  37066
(615) 452-5872
(615) 451-7678 fax

*Attorney for Defendants*